UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DARRYL O. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD WHITENHILL, et al.,<br><br>    Defendants. | Case No. 16-cv-02448-LB<br><br>**ORDER OF TRANSFER**<br>[Re: ECF No. 1 ] |

   Darryl O. Lewis, an inmate at San Quentin State Prison, filed this *pro se* civil rights action under 42 U.S.C. § 1983 and consented to proceed before a magistrate judge. His complaint asserts claims about defendants' representation in the criminal case against him in Los Angeles County Superior Court. The events and omissions giving rise to the complaint occurred, and the defendants appear to reside, in Los Angeles County, which is located within the venue of the Central District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District of California. Venue is proper in the Central District, and not in the Northern District. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The

1  clerk shall transfer this matter.

2  **IT IS SO ORDERED.**

3  Dated: May 16, 2016

4  _____

5  LAUREL BEELER
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL O. LEWIS,

    Plaintiff,

  v.

RONALD WHITENHILL, et al.,

    Defendants.

Case No. 3:16-cv-02448-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl O. Lewis ID: AS0147
San Quentin State Prison 2-H-50L
San Quentin, CA 94974

Dated: May 16, 2016

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Lashanda Scott, Deputy Clerk to the
                                            Honorable LAUREL BEELER